**STATEMENT OF FACTS**

On February 26, 2024, at approximately 7:30 p.m., members of the Metropolitan Police Department's ("MPD") Robbery Suppression Unit were traveling in the 2900 block of Knox Place, Southeast, Washington, D.C. MPD Officers Minzak, Joseph, Hildebrandt, and Turner saw an individual, later identified as Mr. Tyrell Anthony Deangelo West ("WEST"), standing directly next to a silver Mercedes Benz C300 parked directly in front of 2926 Knox Place, Southeast. Officers saw WEST shut the driver's side door to the Mercedes and then walk across the street to where a group of individuals were congregating and talking.

An NCIC/WALES query on the Mercedes' Maryland registration, 66353CK, revealed "NO RECORD." Officers exited their vehicle to locate the Vehicle Identification Number (VIN) and to check if the Mercedes had been reported stolen. The VIN number at the front dashboard was covered by a piece of paper. Sergeant Possinger opened the driver's side door so that the VIN number could be located, and an NCIC/WALES check could be performed. Investigators removed the piece of paper that was covering the front VIN.

The Vehicle Identification Number was entered into NCIC/WALES, which showed that the Mercedes Benz C300 was reported stolen out of Howard County, Maryland on December 25, 2023, with no plates on the vehicle.

When officers searched the car, they recovered a black Glock 30, .45 caliber semi-automatic firearm with serial number YEM945 from the center console. The firearm was loaded with (1) round of ammunition in the chamber of the weapon and an additional (13) rounds of ammunition in the thirteen-round-capacity magazine.

Along with the firearm, three plastic bags each containing a white rock substance with an approximate combined weight of 89.7 grams and a black digital scale with white residue were also recovered from inside of the center console. A small portion of the white rock substance later field-tested positive for the presence of cocaine. Police recovered a black digital scale with white residue and (28) Suboxone, strips from the trunk of the Mercedes. Suboxone is a Schedule 3 narcotic and requires a prescription.

After confirming that the vehicle was reported stolen and locating the firearm and narcotics inside, Investigators Minzak and Joseph located WEST standing on the opposite sidewalk from where the vehicle was parked.

WEST was placed under arrest for Carrying a Pistol without a License, Possession of an Unregistered Firearm, Possession of Unregistered Ammunition, and related offenses. There are no firearm or ammunition manufacturers in the District of Columbia, so the firearm and ammunition must necessarily have traveled in interstate commerce.

A NCIC/WALES check performed on WEST revealed that he had an outstanding warrant for his arrest issued by Prince George's County Police Department on May 17, 2023, for narcotics and firearm-related offenses.

A search incident to the arrest of WEST revealed that he was in possession of $220.00 in United States currency, which was seized as evidence. Also recovered from WEST's person was $1500.00 in counterfeit United States currency, all in $50.00 denominations.

A criminal history check of WEST revealed that he was previously convicted of Carrying a Pistol without a License in the Superior Court for the District of Columbia, Criminal Case number 2019-CF2-012787. Carrying a Pistol Without a License is a felony punishable by more than one year of imprisonment.

While on scene and shortly after WEST was transported from the scene, Sergeant Possinger reviewed a work receipt from a G&S Auto Center located in Capitol Heights, Maryland. The work receipt was recovered from inside of the stolen Mercedes. The receipt, dated January 5, 2024, indicates that a Michael Wright, of 4632 Livingston Road Southeast, paid United States Currency for window tint installation on the Mercedes. Sergeant Possinger noticed that the service receipt listed a phone number for Mr. Wright. Sergeant Possinger called the number listed on the sales receipt and WEST's white iPhone started ringing, with Sergeant Possinger's phone number as the caller. This led law enforcement to believe that "Michael Wright" was a fraudulent name used by WEST when installing illegal window tint on the stolen Mercedes.

Further investigation by Sergeant Possinger and Officer Minzak showed that there was surveillance footage in the area that showed the stolen Mercedes pulling into the 2900 block of Knox Place, Southeast, earlier in the evening and WEST exiting the vehicle and locking the vehicle with a key fob that made the parking light flash several times.

Surveillance footage from the same time period shows WEST exiting 2926 Knox Place, Southeast, and placing his hand on the driver's side door handle of the stolen Mercedes to unlock the vehicle. WEST then entered the vehicle, removed something from his person, and leaned his entire torso over the front driver seat area of the Mercedes. WEST knelt on the front driver's seat and hunched over the same center console where the narcotics and firearm were located by police. WEST then shut the door to the vehicle and Officer Minzak's vehicle appeared in the surveillance footage.

_____
Officer Mark Minzak
Badge No. 8289
Metropolitan Police Department

Subscribed and sworn pursuant to Federal Rule of Criminal Procedure 4.1 by telephone on February 29, 2024.

_____
The Honorable Robin M. Meriweather
United States Magistrate Judge